**Order entered May 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01272-CV

### INTO THE SUNSET REVOCABLE LIVING TRUST, Appellant

### V.

### DESIGN TECH HOMES LP, Appellee

**On Appeal from the 274th District Court
Comal County, Texas
Trial Court Cause No. C2017-2027C**

## ORDER

Before the Court is appellee's May 10, 2019 second motion and May 21, 2019 supplemental second motion for an extension of time to file its brief on the merits. Appellant filed a response and supplemental response opposing the motion. We **GRANT** the motion as supplemented **to the extent** that appellee shall file its brief on the merits by **June 10, 2019**. We caution appellee that further extension requests will be strongly disfavored.

/s/  BILL WHITEHILL
   JUSTICE